Civil Action No.     **1:22-cv-05076-WMR**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Easy Surfaces Corporation dba Easy Stones - registered agent is Northwest Registered Agent LLC**
was recieved by me on  **12/29/2022:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Jolene Howell**, who is designated by law to accept service of process on behalf of **Easy Surfaces Corporation dba Easy Stones - registered agent is Northwest Registered Agent LLC12/30/2022**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 154.00** for services, for a total of **$ 154.00**.

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

**Shaena Goodman-Robinson**
*Printed name and title*

**11933 Exbury Terrace**
**Midlothian, VA 23114**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Jolene Howell who indicated they were the head manager with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 120-140 lbs with glasses and piercings.**




Tracking #: **0098645681**