Civil Action No.    **1:22-cv-05076-WMR**

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   Easy Stones Corp dba Easy Stones
was recieved by me on  12/29/2022:

◻    I personally served the summons on the individual at *(place)*  on *(date)* ; or

◻    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Sreekanth Manam**, who is designated by law to accept service of process on behalf of **Easy Stones Corp dba Easy Stones**12/30/2022; or

◻    I returned the summons unexecuted because ; or

◻    Other *(specify)*

My fees are $ 0 for travel and $ 154.00 for services, for a total of $ 154.00.

I declare under penalty of perjury that this information is true.

Date: 12-30-2022

_____
Server's signature

**Jean Lindor**
Printed name and title

255 W Martin Luther king Jr Blvd
Apt 1117
Charlotte, NC 28202

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents to Christina Alvarado with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic female contact 18-25 years of age, 5'8''-5'10'' tall and weighing 140-160 lbs with an accent and glasses.  On my way out Christina Alvarado stopped me and stated that the manager Abhi Maduri stated that she can accept the paper for the company and that he will do the follow up.




Tracking #: 0098638792