Civil Action No.    1:22-cv-05076-WMR

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  Easy Surfaces Corporation dba Easy Stones
was recieved by me on  12/30/2022:

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Swapna Vaddadi**, who is designated by law to accept service of process on behalf of **Easy Surfaces Corporation dba Easy Stones** 12/31/2022; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ 179.00 for services, for a total of $ 179.00.

I declare under penalty of perjury that this information is true.

Date:  1/2/23

Server's signature

**Jack Williams**
Printed name and title

5805 State Bridge Rd
G
Johns Creek, GA 30022

Server's address

Additional information regarding attempted service, etc:

I delivered the documents to Swapna Vaddadi, Registered Agent with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian female contact 45-55 years of age, 5'6"-5'8" tall and weighing 120-140 lbs with glasses, an accent, piercings and a birthmark.



Tracking #: 0098696550